

YAAKOV SAKS▲▪*
JUDAH STEIN▲▪
ELIYAHU BABAD▲▪
MARK ROZENBERG▪
KENNETH WILLARD▲▪

▲ NJBar Admissions
^ CT & NJ Bar Admissions
▪ NY Bar Admission
*Federal Court Bar Admissions
AR, CT, CO, DC, IL, MI, MO, ND, NE, NM, TN, TX, WI

One University Plaza, Suite 620, Hackensack, NJ 07601 | tel: 201.282.6500 | fax: 201.282.6501 | www.steinsakslegal.com

May 24, 2022

**Via CM/ECF**
Hon. Ann M. Donnelly
U.S. Courthouse, Eastern Dist. N.Y.

   RE: *Iskhakova v. Stewart's Shops Corp.*
      Case No.: 1:22-cv-01017-AMD-RLM
      Motion to convert pre-motion hearing to telephonic

Dear Judge Donnelly,

 We represent the plaintiff in the above matter, and write jointly with counsel for defendant Stewart's Shops Corp. to respectfully request that the pre-motion conference currently scheduled for May 26, 2022, at 10:30am be held telephonically.

 We thank Your Honor and the Court for its kind considerations and courtesies.


                Respectfully submitted,

                *s/ Mark Rozenberg*
                Mark Rozenberg, Esq.


cc:  All Counsel of Record via ECF